UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
Ralph R. Smith and Susan A. Reamer-Smith,  Case No. 10-31358-DOF
  Honorable Daniel Opperman
    Debtors. Chapter 13
_____/

ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $FEE APPLICATION in fees and $FEE APPLICATION in expenses, and that the portion of such claim which has not already been paid, to-wit: $FEE APPLICATION shall be paid by the Trustee as an administrative expense of this case. **Trustee shall hold funds from the first disbursement following to confirmation in an amount sufficient to pay Debtor attorney's fee application.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X  The automatic stay pursuant to 11 U.S.C. §362 shall be lifted as to GMAC and the 2008 Chevrolet HHR as the debtors are current on this obligation and paying directly.

X  The automatic stay pursuant to 11 U.S.C. §362 shall be lifted as to Chase and the 2009 Chevrolet HHR as the debtors are current on this obligation and paying directly.

X  The automatic stay pursuant to 11 U.S.C. §362 shall be lifted as to Wells Fargo and the first mortgage on property located at 517 Riverside Dr. Linden, MI 48451 as the debtors are current on this obligation and paying directly.

X  Debtors' Chapter 13 Plan payment shall be $1230.92 per month effective September 1, 2014 upon completion of direct payments to GMAC for the 2008 Chevrolet HHR.

| Approved: | Debtor Attorney: | Objections withdrawn: |
|---|---|---|
| /s/ Carl L. Bekofske | /s/ Melissa D. Francis, Esq. | /s/Elizabeth Kanous(P71178) |
| Chapter 13 Trustee | Melissa D. Francis, Esq. (P61495) | For Creditor: Nationstar Mortgage |
| 400 N. Saginaw, Ste 331 | Marrs & Terry, PLLC | 31440 Northwestern Highway, Ste 200 |
| Flint, MI 48502 | 6553 Jackson Rd. | Farmington Hills, MI 48334 |
| 810-238-4675 | Ann Arbor, MI 48103 | 248-642-2515 |
| ecf@flint13.com | 734-663-0555 | easternecf@trottlaw.com |
| P10645 | mandtecf@gmail.com | |

**Signed on December 08, 2010**

                                                **/s/ Daniel S. Opperman**
                                                **Daniel S. Opperman**
                                                **United States Bankruptcy Judge**